```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION


PAUL WILLIAM NURSE,                  *

        Petitioner,                  *

vs.                                  *
                                           CASE NO. 4:09-CV-05 (CDL)
UNITED STATES ATTORNEY GENERAL,      *

        Respondent.                  *
```

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 15, 2009 is hereby approved, adopted, and made the Order of the Court.

The objection of the Petitioner has been considered and is found to be without merit. The Court does note that the basis of the Magistrate's Report and Recommendation was that Petitioner's petition was premature at the time it was filed. Petitioner has now filed another subsequent petition, Civil Action No. 4:9cv78, and will have an opportunity to be heard regarding that presently pending petition.

IT IS SO ORDERED, this 11th day of August, 2009.

                                    S/Clay D. Land
                                       CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE